FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 19, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

KEY TRONIC CORPORATION,

Plaintiff,

v.

COGNITIVE LLC,

Defendant.

No.    2:24-CV-00249-RLP

ORDER OF DISMISSAL

Before the Court is the parties' Stipulated Motion for Dismissal, ECF No. 69. The parties agree to dismiss all claims with prejudice and without recovery of attorneys' fees and/or costs to either party, but request the Court expressly reserve and retain subject matter jurisdiction to allow the entry of a consent judgment (if necessary) and to allow Plaintiffs the full range of settlement agreement enforcement mechanisms available under applicable law (if necessary). The Court has reviewed the record and files herein and is fully informed.

**Accordingly, IT IS ORDERED:**

1.      The parties' Stipulated Motion for Dismissal, **ECF No. 69**, is **GRANTED**. This action is **DISMISSED** with prejudice and without additional fees or costs to either party.

ORDER OF DISMISSAL ~ 1

2.      The terms of the parties' settlement agreement are incorporated by reference; this Court reserves and retains jurisdiction to allow the entry of a consent judgment (if necessary) and to allow Plaintiff the full range of settlement agreement enforcement mechanisms available under applicable law (if necessary).

3.      All deadlines and hearings are **VACATED**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and Judgment, furnish copies to counsel, and **CLOSE** the file.

**DATED** March 19, 2026

_____
REBECCA L. PENNELL
DISTRICT COURT JUDGE

ORDER OF DISMISSAL ~ 2